UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**MIKHEILI KOBIASHVILI,**

                     Petitioner,

  -against-

**WILLIAM JOYCE; KRISTI NOEM; TODD M. LYONS; AND PAMELA BONDI,**

                    Respondents.
-----------------------------------------------------------X

O R D E R

26-CV-01178 (RER)

**RAMÓN E. REYES, JR., District Judge.**

For the reasons stated on the record at the March 12, 2026, hearing, the petition for writ of habeas corpus (ECF No. 1) is granted. Petitioner, Mikheili Kobiashvili (Alien Number 241-985-110), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on March 13, 2026**. Correspondingly, Petitioner's Motion for Temporary Restraining Order (ECF No. 2) is moot.

Petitioner is ordered to remain within the jurisdiction of either the Eastern District of New York or Southern District of New York until at least October 5, 2026, except with permission of the Court.

Once the notice of release is received by the Court, the Clerk of Court is directed to enter final judgment and close the case.

SO ORDERED.

Dated: March 12, 2026
       Brooklyn, New York

                                          /s/ Ramón E. Reyes, Jr.
                                          U.S. District Judge, EDNY